## JONES *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 32, September Term, 1962.]

*Decided October 10, 1962.*

Before the full Court.

642

PER CURIAM.

For the reasons stated in the opinion of Judge Jones of the Criminal Court of Baltimore, application is denied.